Demuth Glass Manufacturing Company, Appellant, v. Joseph N. Early and Charles M. Early, Constituting the Firm of John Early's Sons, Respondents.— Order reversed on argument, without costs. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Anna C. Dougherty, as Administratrix, etc., of William J. Dougherty, Deceased, Respondent, v. Westinghouse, Church, Kerr & Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Nicholas Eisenhauer, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the verdict is against the weight of the evidence. Woodward, Hooker, Gaynor and Rich, JJ., concurred; Jenks, J., not voting.

Abraham Gertler, Respondent, v. The Brooklyn, Queens County and Suburban Railroad Company, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the plaintiff did not prove by a preponderance of evidence that he was a passenger. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

George Hundt, Appellant, v. Gray Lithograph Company, Respondent.— Judgment of the Municipal Court affirmed by default, with costs. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Application of Andrew Dittrich, as Executor under the Last Will and Testament of Mary Dittrich, Deceased, Respondent, for the Removal of Ellen C. Duffy, as Executrix and Testamentary Trustee under the Said Last Will and Testament, Appellant. Joseph M. Dittrich, Respondent.— Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

In the Matter of the Appraisal under the Act in Relation to Taxable Transfers of Property of the Property of Susan A. Keeney, Deceased. Fred. C. Keeney, Individually and as Administrator, etc., of Susan A. Keeney, Deceased, and Others, Appellants; The Comptroller of the State of New York, Respondent.— Order of the Surrogate's Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

In the Matter of the Application for a Voluntary Dissolution of E. R. Strong Company. Henry F. Newbury and Florence E. Newbury, Appellants; Edward R. Strong and Arthur H. Strong, Petitioners, and Others, Respondents. (Appeal No. 2.) — Order reversed, with ten dollars costs and disbursements. upon the authority of *Matter of Strong Co. (Appeal No. 1) (ante, p. 208)*, decided herewith. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.